**Order filed September 14, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00375-CV
_____

## MICHAEL R. WILLIAMS, Appellant

## V.

## JIMGLO YELLOWSTONE BLVD, LLC, Appellee

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2020-11162**

## ORDER

The notice of appeal in this case was filed July 7, 2021. The clerk responsible for preparing the record notified this court that appellant has not made payment for the record. No evidence that appellant has established indigence has been filed. *See* Tex. R. Civ. P. 145. On August 25, 2021, this court notified appellant that the appeal was subject to dismissal unless appellant filed a response with proof of payment for the record. No response was filed. Therefore, the court issues the following order.

Appellant is ordered to demonstrate to this court that has made arrangements to pay for the clerk's record on or before **September 29, 2021**. *See* Tex. R. App. P. 35.3(c). If appellant fails to do so, the appeal will be dismissed. *See* Tex. R. App. P. 37.3(b).

PER CURIAM

Panel Consists of Justices Jewell, Spain, and Wilson.